**E-FILED 03-30-2011**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE CONTRERAS, | No. C11-00068 HRL |
| Plaintiff, | **ORDER (1) GRANTING DEFENDANTS' REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; AND (2) SETTING DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| BANK OF AMERICA and RECONTRUST COMPANY, N.A., | |
| Defendants. | **[Re: Docket No. 8]** |

Good cause appearing, defendants' request to continue the April 5, 2011 initial case management conference is granted. The initial case management conference is continued to **June 14, 2011, 1:30 p.m.** in Courtroom 2. Related deadlines set in the Order Setting Initial Case Management Conference and ADR Deadlines (Docket No. 3) are adjusted accordingly.

Additionally, **no later than April 9, 2011**, **each party shall file either:** (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. The forms are available from the Clerk of the Court and on the court's website at http://cand.uscourts.gov.

SO ORDERED.

Dated: March 30, 2011



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:11-cv-00068-HRL Notice has been electronically mailed to:

2  Brian Stratton Whittemore    bsw@severson.com, Temp1@severson.com

3  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

4

5  5:11-cv-00068-HRL Notice mailed to:

6  Jose Contreras
   194 Trinity Avenue
7  Watsonville, CA 95076

8          Pro Se Plaintiff

2