***E-FILED 05-23-2011***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE CONTRERAS, | No. C11-00068 HRL |
| Plaintiff, | **ORDER THAT CASE BE REASSIGNED TO A DISTRICT COURT JUDGE** |
| v. | |
| BANK OF AMERICA; RECONTRUST COMPANY, N.A., | |
| Defendants. | |

Plaintiff having failed to consent to proceed before a United States Magistrate Judge, this case shall be reassigned to a District Court Judge.

SO ORDERED.

Dated:   May 23, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-00068-HRL Notice has been electronically mailed to:

Brian Stratton Whittemore bsw@severson.com, Temp1@severson.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5:11-cv-00068-HRL Notice mailed to:

Jose Contreras
194 Trinity Avenue
Watsonville, CA 95076

    Pro Se Plaintiff

2