**E-Filed 8/23/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE CONTRERAS,<br><br>            Plaintiff,<br><br>      v.<br><br>BANK OF AMERICA, et al.,<br><br>            Defendants. | Case No. 11-cv-00068 JF (HRL)<br><br>ORDER[1] GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND<br><br>[Re: Docket No. 10] |

      Defendants Bank of America and Recontrust Company, N.A. move to dismiss Plaintiff's complaint pursuant to Fed. R. Civ. Pro. 12(b)(6). Any opposition to a motion must be served and filed not more than fourteen days after the motion is served and filed." Civil L.R. 7-3(a). Plaintiff has not filed timely opposition to Defendants' motion. Notice of Non-Receipt of Opp'n to Mot. to Dismiss at 1; Pl's Opp'n to Mot. To Dismiss. "If the party against whom the motion is directed does not oppose the motion, that party must file with the Court a Statement of Nonopposition within the time for filing and serving any opposition." Civil L.R. 7-3(b).

---

[1] This disposition is not designated for publication in the official reports.

**ORDER**

The Court concludes that Defendants' motion is well-taken and accordingly the motion will be GRANTED, with leave to amend. Any amended complaint shall be filed within thirty (30) days of this date of this order.

IT IS SO ORDERED.

DATE: 8/23/2011

JEREMY FOGEL
United States District Judge

Case No. 11-cv-00068 JF (HRL)
ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND
(JFEX2)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE CONTRERAS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, et al.,<br><br>　　　　　　Defendants. | Case No. 11-cv-00068 JF (HRL)<br><br>CERTIFICATE OF SERVICE |

　　　I, the undersigned, hereby certify that I am an employee of the Office of the Clerk, United States District Court, Northern District of California.

　　　On Tuesday, August 23, 2011, I served a true and correct copy of the [name of document(s)] on each of the persons hereinafter listed by placing said copy in a postage paid envelope and depositing said envelope in the United States mail, or by placing said envelope in the outgoing mail delivery receptacle located in the Clerk's Office:

Jose Contreras
194 Trinity Avenue
Watsonville, CA 95078

DATED:  8/23/11　　　　　　　　　　　　　　　For the Court
　　　　　　　　　　　　　　　　　　　　　　　　Richard W. Weiking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　By:  _____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　Diana Munz
　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk