**E-Filed 9/20/2011**

| | |
|---|---|
| 1 | MARK JOSEPH KENNEY (State Bar No. 87345) |
| | BRIAN S. WHITTEMORE (State Bar No. 241631) |
| 2 | bsw@severson.com |
| | SEVERSON & WERSON |
| 3 | A Professional Corporation |
| | One Embarcadero Center, Suite 2600 |
| 4 | San Francisco, CA 94111 |
| | Telephone: (415) 398-3344 |
| 5 | Facsimile: (415) 956-0439 |

Attorneys for Defendants
BANK OF AMERICA, N.A. and
RECONTRUST COMPANY, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOSE CONTRERAS, | Case No.: CV11-00068 HRL |
| | Hon. Jeremy Fogel |
| Plaintiff, | Ctrm. 3 |
| | **ORDER GRANTING** |
| vs. | |
| | **DEFENDANTS' REQUEST TO** |
| BANK OF AMERICA, organized and existing | **CONTINUE INITIAL CASE** |
| under laws of the United States, RECONTRUST | **MANAGEMENT CONFERENCE** |
| COMPANY,N.A., is organized and existing | |
| under the laws of the State of Texas, | Date: September 23, 2011 |
| | Time: 10:30 a.m. |
| Defendants. | Ctrm.: 3 |
| | Judge: Hon. Jeremy Fogel |
| | |
| | Complaint Filed: January 6, 2011 |

Defendants BANK OF AMERICA, N.A. and RECONTRUST COMPANY, N.A. ("Defendants") respectfully request that this Court continue the Initial Case Management Conference now set for September 23, 2011 and all associated deadlines (Doc. 23). Defendants request this continuance as the court granted the motion to dismiss with leave to amend (Doc. 24) and Plaintiff's Amended Complaint is not due until September 22, 2011, the day before the currently scheduled Initial Case Management Conference. As a result, this case is not yet at issue. Defendants will likely challenge any amended complaint filed by Plaintiff.

70000/0050/964591.1

REQUEST TO CONTINUE INITIAL CMC
Case No.: CV11-00068 HRL

Accordingly, Defendants respectfully request that this Court continue the Initial Case Management Conference, and all associated deadlines, to a future date sufficient to allow Defendants an opportunity to review and analyze any amended complaint filed by Plaintiff and to prepare a timely response.

DATED: September 13, 2011

SEVERSON & WERSON
A Professional Corporation


By: */s/* Brian S. Whittemore
    BRIAN S. WHITTEMORE

Attorneys for Defendants
BANK OF AMERICA, N.A. and
RECONTRUST COMPANY, N.A.

The Case Management Conference set for September 23, 2011 is VACATED pending reassignment of this case to another district judge.

IT IS SO ORDERED.

Dated: 9/20/2011

_____
JEREMY FOGEL
United States District Judge

- 2 -

70000/0050/964591.1

REQUEST TO CONTINUE INITIAL CMC
Case No.: CV11-00068 HRL

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA  94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**DEFENDANTS' REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

on all interested parties in said case addressed as follows:

| | |
|---|---|
| Jose Contreras | Plaintiff, In Pro Per |
| 194 Trinity Avenue | |
| Watsonville, CA  95076 | |

✓ **(BY MAIL)**  By placing the envelope for collection and mailing following our ordinary business practices.  I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

☐ **(BY HAND)**  By placing the documents in an envelope or package addressed to the persons listed above and providing them to a professional messenger service for delivery.

☐ **(BY FEDERAL EXPRESS)**  By depositing copies of the above documents in a box or other facility regularly maintained by Federal Express with delivery fees paid or provided for.

☐ **(BY EXPRESS MAIL)**  By placing the above documents in the United States mail for Express Mail delivery at One Embarcadero Center, Suite 2600, San Francisco, CA  94111, in a sealed envelope addressed as above, with Express Mail postage thereon fully prepaid.

☐ **(BY FAX)**  By use of facsimile machine telephone number (415) 956-0439, I faxed a true copy to the addressee(s) listed above at the facsimile number(s) noted after the party's address.  The transmission was reported as complete and without error.

☐ **(BY ELECTRONIC SERVICE)**  Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.  The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

☐ **(BY ELECTRONIC TRANSMISSION)**  By sending a file of the above documents(s) via electronic transmission (e-mail) at _____ am./pm. using e-mail address (___@severson.com) to the e-mail address designed for each party identified above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  This declaration is executed in San Francisco, California, on July 11, 2011.

*/s/*  Chilly Kada
Chilly Kada

70000/0050/964591.1

Certificate of Service
Case No.:  CV11-00068 HRL