IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CONTRERAS,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, ET AL,<br><br>    Defendants.<br>_____/ | No. C 11-00068 CRB<br><br>**ORDER** |

Plaintiff filed this action in January 2011. Dkt. 1. Judge Fogel granted Defendants' Motion to Dismiss on August 23, 2011 and ordered that Plaintiff amend the Complaint within thirty days. Dkt. 24. Plaintiff failed to file an amended complaint. On October 18, 2011, Defendants filed a Motion to Dismiss for failure to prosecute pursuant to Fed. R. Civ. P. 41(b) due to Plaintiff's failure to file an amended complaint. Dkt. 30. This Court ordered Plaintiff to show cause why his case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b) by Monday, November 28, 2011. On Monday, November 28, 2011, Plaintiff responded by filing an Amended Complaint. The Court will construe the Amended Complaint additionally as a response to the OSC, that while sparse and untimely, the Court will accept.

//

//

The parties shall treat the Amended Complaint as the operative complaint.  Therefore, Defendants' Motion to Dismiss for Failure to Prosecute is DENIED as moot.

**IT IS SO ORDERED.**



Dated: November 29, 2011                    CHARLES  R. BREYER
                                            UNITED STATES DISTRICT JUDGE