United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CONTRERAS,<br>        Plaintiff,<br>   v.<br>BANK OF AMERICA, ET AL,<br>        Defendants._____/ | No. C 11-00068 CRB<br><br>**FURTHER ORDER TO SHOW CAUSE** |

Plaintiff filed this action in January 2011. Dkt. 1. Judge Fogel granted Defendants' Motion to Dismiss on August 23, 2011 and ordered that Plaintiff amend the Complaint within thirty days. Dkt. 24. Plaintiff failed to file an amended complaint. On October 18, 2011, Defendants filed a Motion to Dismiss for failure to prosecute pursuant to Fed. R. Civ. P. 41(b) due to Plaintiff's failure to file an amended complaint. Dkt. 30. This Court ordered Plaintiff to show cause why his case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b) by Monday, November 28, 2011. On Monday, November 28, 2011, Plaintiff responded by filing an Amended Complaint. The Court will construed the Amended Complaint additionally as a response to the OSC, that the Court accepted.

Defendants filed a Motion to Dismiss the Amended Complaint on December 5, 2011. Dkt. 35. Plaintiff's Response was due December 19, 2011. Plaintiff has failed to file any response. Accordingly, Plaintiff is ORDERED to show cause why his case should not be

dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). Plaintiff shall file his response to this Order, along with any materials he would like the Court to consider in ruling on Defendants' motion, by Tuesday, January 10, 2012 at 5:00 p,m. Defendants may file a reply, if any, by Friday, January 13, 2012 at 5:00 p.m. Failure to respond to this Order could result in the dismissal of Plaintiff's case.

**IT IS SO ORDERED.**

Dated: January 3, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE